IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 08-cv-02083-WYD-BNB

CARMELIA BYERS,

Plaintiff,

v.

CENTURA HEALTH PARKER ADVENTIST HOSPITAL,
PORTERCARE ADVNETIST HEALTH SYSTEM, d/b/a PARKER ADVENTIST HOSPITAL,

Defendants.

_____

**ORDER**
_____

This matter arises on **Plaintiff's Motion to Join Additional Defendants and Amend Complaint, Or In the Alternative, Motion to Consolidate** [Doc. # 25, filed 7/31/2009] (the "Motion to Amend"). I held a hearing on the Motion to Amend this afternoon and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion to Amend is GRANTED. The Clerk of the Court is directed to accept the Amended Complaint [Doc. # 25-3] as filed as of July 30, 2009.

Dated August 18, 2009.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge