IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  08-cv-02083-WYD-BNB

CARMELIA BYERS,

    Plaintiff,

v.

CENTURA HEALTH PARKER ADVENTIST HOSPITAL;
PORTERCARE ADVENTIST HEALTH SYSTEM, d/b/a PARKER ADVENTIST HOSPITAL,

    Defendants.

## ORDER

THIS MATTER comes before the Court on Plaintiff's Unopposed Motion For Determination of Question of Law.  The Court, having reviewed the pleadings, and being fully informed in the matter,

ORDERS that Plaintiff's Unopposed Motion for Determination of Question of Law (Doc. # 32 filed September 16, 2009) is **GRANTED**.  In accordance therewith, it is

ORDERED that the proposed dismissals of Plaintiff's claims against the individual nurses will not bar her claims against Defendant Hospital, consistent with the parties' agreement attached to the motion as Exhibit 1.  The proposed dismissal of the individual nurses by the Plaintiff shall be dealt with under the provisions of Fed. R. Civ. P. 41(a)(2) rather than Fed. R. Civ. P. 41(a)(1)(B).

Dated: October 9, 2009

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge