IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  08-cv-02083-WYD-BNB

CARMELIA BYERS,

    Plaintiff,

v.

CENTURA HEALTH PARKER ADVENTIST HOSPITAL,
PORTERCARE ADVENTIST HEALTH SYSTEM, d/b/a PARKER ADVENTIST HOSPITAL,
CHERYL SMITH, R.N.,
MARY GRIFFITH, R.N.,
SABRINA ROBISON, R.N.,
PATRICK VALZEK, R.N.,
PATRICIA VACZEK, R.N., and
KATHLEEN ANDERSON, R.N.,

    Defendants.

## ORDER

THIS MATTER comes before the Court on the parties' Stipulation for Dismissal of certain claims, parties, and defenses.  The Court, having reviewed the pleadings, and being fully informed in the matter,

ORDERS that the Stipulation for Dismissal (doc. # 34) is **APPROVED.**  In accordance therewith, it is ORDERED:

1.  Plaintiff's claims against the individual nurses are dismissed (i.e. Cheryl Smith, R.N., Mary Griffith, R.N., Sabrina Robison, R.N., Patrick Valzek, R.N., Patricia Vaczek, R.N., and Kathleen Anderson, R.N.).  These Defendants shall hereafter be taken off the caption.

2. Defendant's "Captain of the Ship" defense and statute of limitations defense is dismissed.

3. Each party shall pay his, her, or its own costs and attorneys' fees in connection with these dismissals.

Dated: November 24, 2009

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge