IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 08-cv-02083-WYD-BNB

CARMELIA BYERS,

Plaintiff,

v.

CENTURA HEALTH PARKER ADVENTIST HOSPITAL,
PORTERCARE ADVENTIST HEALTH SYSTEM, d/b/a PARKER ADVENTIST HOSPITAL,

Defendant.
_____

**ORDER**
_____

The parties appeared this morning for a final pretrial conference. I entered a final pretrial order, but I refused the parties' exhibit lists for a variety of reasons described on the record. In summary and for the reasons stated on the record at the final pretrial conference:

IT IS ORDERED that the exhibit lists are refused.

IT IS FURTHER ORDERED that the parties shall file and serve revised exhibit lists on or before **January 15, 2010**, modified as discussed on the record at the final pretrial conference.

IT IS FURTHER ORDERED that copies of listed exhibits must be provided to opposing counsel no later than **January 15, 2010**. The objections contemplated by Fed. R. Civ. P. 26(a)(3) shall be filed with the clerk and served by hand delivery or facsimile no later than **February 12, 2010**.

IT IS FURTHER ORDERED that copies of demonstrative exhibits must be provided to opposing counsel no later than 30 days prior to the first day of trial.

Dated December 1, 2009.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge