IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 08-cv-02083-WYD-BNB

CARMELIA BYERS,

    Plaintiff,

v.

CENTURA HEALTH PARKER ADVENTIST HOSPITAL,
PORTERCARE ADVENTIST HEALTH SYSTEM, d/b/a PARKER ADVENTIST HOSPITAL,

    Defendants.

## ORDER OF DISMISSAL

THIS MATTER is before the Court on the parties' Stipulation for Dismissal with Prejudice (filed March 8, 2010). The Stipulation seeks a dismissal of the case with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). After a careful review of the Stipulation and the file, I conclude that the Stipulation should be approved and the case dismissed. Accordingly, it is

ORDERED that the Stipulation for Dismissal with Prejudice is **APPROVED** and this matter is **DISMISSED WITH PREJUDICE**, with each party to pay their own attorney fees and costs. It is

FURTHER ORDERED that the Final Trial Preparation Conference set for Friday, September 17, 2010, at 3:30 p.m. and the seven (7) day Trial to the Court set to commence on October 4, 2010, are **VACATED**.

Dated: March 9, 2010

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge